CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 10 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD LEE HINTON,<br>Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00197 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | By: Michael F. Urbanski |
| O'CONNER, et al.,<br>Defendant(s). | ) ) ) | United States District Judge |

Donald Lee Hinton, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on April 24, 2014, the court directed plaintiff to return to the court a statement of assets, an executed verified statement form and an inmate account form, with a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period within 10 days from the date of the Order. Plaintiff filed a statement of assets and an executed verified statement form, but plaintiff failed to include an inmate account form and required six-month statement. Plaintiff filed a motion for extension of time to file the required inmate account form and six-month statements on May 5, 2014. By a second conditionally filed Order entered on May 6, 2014, the court granted plaintiff 20 days from the date of the Order to comply with the deficiencies. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 10th day of June, 2014.

/s/ Michael F. Urbanski
United States District Judge