CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 10 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

DONALD LEE HINTON,        )
    Plaintiff,        )        Civil Action No. 7:14-cv-00197
            )
v.        )        **DISMISSAL ORDER**
            )
O'CONNER, et al.,        )        By:    Michael F. Urbanksi
    Defendant(s).        )            United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This __10__ day of June, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge