CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2015

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD LEE HINTON, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00197 |
| v. | ) <br> ) | **ORDER** |
| NURSE O'CONNOR, et al., <br> Defendants. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski <br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that all claims except for claims 1(III), (VII), and (VIII) are **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and all defendants except for Officers Anderson, Mullen, and Profit are **TERMINATED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 9th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge