CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD LEE HINTON, | ) | Civil Action No. 7:14-cv-00197 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| O'CONNER, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

Donald Lee Hinton, a Virginia inmate proceeding pro se, filed a motion for a preliminary injunction about conditions of confinement at the Lawrenceville Correctional Center ("Lawrenceville"). Plaintiff complains in part about the lack of legal resources available there. However, the remaining claim in this action pursuant to 42 U.S.C. § 1983 concerns deliberate indifference to serious medical needs by defendants, who are officers of the Pocahontas Correctional Center.

The defendants are not responsible for the conditions of confinement at Lawrenceville, and a preliminary injunction is not appropriate because the harms complained of in the motion do not arise from the harm alleged in the complaint. Omega World Travel v. TWA, 111 F.3d 14, 16 (4th Cir. 1997); see In re Microsoft Antitrust Litig., 333 F.3d 517, 526 (4th Cir. 2003) (stating a court should not consider the factors for preliminary injunctive relief if the Omega nexus is not satisfied). Accordingly, it is hereby **ORDERED** that Plaintiff's motion for a preliminary injunction is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 19v day of February, 2016.

/s/ Michael F. Urbanski
United States District Judge